UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIJAH FLEMING, individually, and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>CARVIO, LLC, and CARVIO, INC.<br><br>*Defendants*. | 1:22-cv-04262-PKC-RER<br><br>NOTICE OF ACCEPTANCE OF<br>OFFER OF JUDGMENT |

To the Clerk of Court and All Parties:

    PLEASE TAKE NOTICE that Plaintiff ELIJAH FLEMING hereby accepts the offer of judgment made by Defendants, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 25, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       February 6, 2023

                                        By:   /s/*Daniel Tannenbaum*_____
                                                  Daniel Tannenbaum, Esq.
                                                  580 Fifth Avenue, Suite 820
                                                  New York, NY 10036
                                                  Telephone: (212) 457-1699