UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ELIJAH FLEMING, individually, and on behalf of
others similarly situated,

                      Plaintiffs,                    JUDGMENT

v.                                         22-cv-04262-PKC-RER

CARVIO, LLC, and CARVIO, INC.,

                      Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 7, 2023; and Defendants CARVIO LLC and CARVIO, INC., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff ELIJAH FLEMING, in the aggregate amount of Ten Thousand Dollars and Zero Cents ($10,000.00), which is inclusive of attorneys' fees, costs, and expenses, damages, liquidated damages, and interest; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff ELIJAH FLEMING and against defendants, CARVIO LLC and CARVIO, INC., in the aggregate amount of Ten Thousand Dollars and Zero Cents ($10,000.00), which is inclusive of attorneys' fees, costs, and expenses, damages, liquidated damages, and interest; that the payment amount shall be made by wire according to wire instructions provided by Plaintiff's counsel, immediately in full upon notification of Plaintiff's acceptance of this offer; that Defendants' payments via bank wires shall be sent in the following total amounts to the following individuals:

    • To Plaintiff Elijah Fleming in the total amount of Six Thousand Three Hundred Two Dollars and Zero Cents ($6,302.00).

    • To Plaintiff's Counsel Daniel Tannenbaum, Esq. in the total amount of Three Thousand Six Hundred Ninety Eight Dollars and Zero Cents ($3,698.00).

Dated: Brooklyn, New York  
       February 27, 2023

Brenna B. Mahoney  
Clerk of Court

By: <u>*/s/Jalitza Poveda*</u>  
     Deputy Clerk